**12 CV 0365**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ramona Johnson
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Mr Aglada
Mr Mark papa
Mr Staton Baily
Mrs Nicole Van Gendt
New York City Housing Authority
250 broadway

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial:  ☑ Yes   ☐ No
(check one)

JAN 13 2012

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   Ramona Johnson
            Street Address   1851 Schieffelin Place Apt 4D
            County, City   Bronx
            State & Zip Code   NY   10466
            Telephone Number   347-583-3490

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 05/2010*

Defendant No. 1  Name MR a glada
Street Address 250 Broadway    28Th Fl
County, City Manhatton
State & Zip Code NY 10007
Telephone Number _____

Defendant No. 2  Name MR Mark Pope
Street Address Boston Secor houses
County, City 3570 Bivona
State & Zip Code Bronx, NY
Telephone Number (718) 671-2050

Defendant No. 3  Name MR Staton Baily
Street Address 1851 Schieffelin Pl APT 4D
County, City Bronx
State & Zip Code NY 10466
Telephone Number _____

Defendant No. 4  Name Mrs Nicole Van GendT
Street Address 250 Broadway
County, City Manhattan
State & Zip Code NY 10007
Telephone Number _____

## II.  Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions       ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Civil Housing accomodations

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____

*Rev. 05/2010*

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Baychester Houses 1851 Schieffelin Place Apartment 4D

B. What date and approximate time did the events giving rise to your claim(s) occur? Ive lived at the above address for close to 15 years or more and there's been nothing but trouble from the management office and tenets the entire atmosphere was and still is filled with hostility

C. Facts: From the time that I arrived at baychester houses which is now consolidated with Boston Secor houses theres been nothing but a life of horror for me bullying, harrassment character assasination, stalking, threats against my personnal life with the threat of gun voilence and the presence of pit bulls with the goal of intimidating me into silence because I have witnessed drug sells on the 4th floor out in the open the NYCHA management office knew actually what was happening Stanton baily in 4G and his associates and deliah and Jesse her daughter in apt 4 and their associates have started a smear campaign against me throughout the complex and beyond which results in other tenets attacking me I never feel safe with these tenets around me pressuring me to keep silent about their activities. Ive been attacked on the elevator by these tenets at least 3 times my living conditions are perilous (cont on other sheets of paper)

**What happened to you?**
**Who did what?**
**Was anyone else involved?**
**Who else saw what happened?**

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. The police ask me if I want to go the hospital I say yes the ambulance comes takes me to mercy hospital on 233rd St the hospital took exrays of my right arm which had swelling and minor bleeding the hospital said it was a contussion which they told me to watch because it could travel to my heart I was out of commission for weeks. Ive gone to mental health doctor because of all the stress and depression my health has suffered greatly because of all the constant voilations against me I no longer can cope and need imediate help

Rev. 05/2010

I cannot keep a job nor have relatives over because of the (PT) constant harrassment these tenets have come to my job my church in the past they're very bold and brazen in 2004 I had go to mediation with these tenents on the 4th floor I made the request to see if things could be settled but it was to no avail it only resulted with these tenets retaliating against me in 2005 I was assaulted by Mr bailys vistor from 4G Mr bailys visitor violently kicked me in my arm with his boots and spat in my face. after I asked him to please quiet down in the hallway it was around 2:00 am in the morning a day after Thanksgiven our apartments are real close so you hear everything this fellow was obse loud so he said ok then he went back into 4G and came out again about 30 minutes later with the same noise I again open my door and ask him to please quiet down in a nasty tone he called me a whore he doesn't know me and I dont know him I dont socilize with anybody in this complex so I ask him does he speak to his mother like that thats when you know he snaps and with brute force assaulted me while I was standing in my doorway apt inside deliah and Jesse her daughter came out of their apt to see what was happening they talked to the mence and he calmed down I didn't have a phone at the time so I had to go to the police station all the while he's standing outside yelling the police come to look for him but he's gone the police speak to baily in 4G he tells the officer Mr Pisano from the 47th precient but the officer put on the police report that there were no witnesses which is not true. <u>Proof statement claim</u>

PT 3 OF CLAIM STATEMENT

The detective from the 47th precient asked me to come in to see if I could help him identify the guy that assaulted me but I dropped the case because as I stated on pg #1 of the state claim I felt intimidated by these tenets and their associates who continued to ~~harass~~ harrass me throughout my pain and suffering caused by the assault I wouldn't leave the apt for days fearful of being attacked by their pit bulls in the hallway and the assaulter continued to scream out there in the street near my window they really had me terrified so I never pressed charges against the assaulter why am I filing this claim now because the same tenets continue to harrassment and other mean spirited tactics against me the latest incident happened on 11/11/11 I came home about 11:45 PM as soon as I got off the elevator there was a jar of red stuff splattered against the wall near my apartment with glass strown all over the floor I come into my apt call 911 tell the operateor what occured she sends over the police they get here about 1:00 AM I had to call about 3 times before they came when the three officers came they told me theres nothing they could do because I didn't see who put the mess on the floor they wouldn't take a report either one officer who I found out was the sergent Mr Lynn said all he could do was fill out a field report one officer told me I was wasting their time I tried to explain to the officers

about the prior hassassments against me but they didnt care I never recieved the field report which I called and called to get Ms Cox the operator at police service area 8 at 2744 Randall Ave Bx1 NY 10465 where the three officers are stationed was kind enough to try and get me the field report she asked the officer about the report he told Ms Cox that he wrote the report but it must have gotten misplaced so he would write it again that was in Nov and I still havent been able to locate the report I went to 1200 water street in november to file a report with Ms Allen the director of bronx property management concerning the conditions I continue to live under at 1851 Baychester houses I was told that Ms Melanie Allen was the director of all the Bronx NYCHA buildings that information was given to me by a glada a investigator at 250 broadway on the 28th or 27th Floor I saw him and talked with this investigator in Nov he refered me to Ms Allen I never saw Ms Allen the director I was told to speak to Ms John at 1200 water street which I did I dont know Ms John position but she said she would look into the problem I gave her the incident report because thats all the information I could get from the precient which Ms Cox helped me to get this was in Nov nothing happened dec comes nothing happens still the continued hassassment from 4A and 4G Ms John goes on vacation for 12 days for new years break she returned on Jan 12th I hear nothing at all I've been to the management office at Boston Secor and spoke to the management who's in charge of these buildings he looks

PART(S) OF CLAIM STATEMENT

he looks in the computer to see if he can find my field report he dosent find it this occured on Jan 5th he said he would talk to an officer Mr Maloney to see if he can find the field report i've gone to just about every dept at 250 broadway i've gone to the DA Office at 198 E 166 St and spoke to about 4 ADA one of the names was ADA Knoepfler they couldent help me unless i got a arrest they refered me to Bronx Legal Services at 579 Courtlandt Ave. no help there either they need an arrest they told me so i go the Crime Victims unit on 198 E 161 St and spoke to a Ms Jennifer Garcia no help there either because i couldent get an arrest of Mr Staton Baily in 4G baychester houses who i know is behind all the hassassment of me she informs me to go to Safehorizon i never got there because i am tired of being ran around the housing manager Mr Papa says he cant move this tenat in 4G Mr Baily because it hard to prove and that i should move to another building on the premises thats all he can do i told him i no longer want to live on the property of Baychester houses because my tormenters have associates all over the complex heres all the agencies i was told to go

Office of inspector general
Applications and Tenancy administration
Leased housing Department
Mgmt and Customer relationship systems
Community operations Micheal Cox

administrator
Staten Island
Community
Operations
other

PT 6 OF Claim statement

Those are the addresses given to me by Nicole Van Gendt assistant director office of employment and Fair housing Investigations

She wrote Dear Ms Johnson on October 28, 2011 and Nov 15th 2011 The Dept of equal opportunity DEO received your allegations of housing discrimination. After a careful review of your allegations DEO determined that the issues raised are not within its Jurisdiction This particular agency at 250 broadway claims to help maintain an environment free of harassment on any of the above noted protected grounds including sexual harassment and retaliation but They couldn't help me

It seems that no one seems to be able to help me in this circumstance which I cannot accept I am still waiting to see if Ms John on 1200 water St same address of Ms allen the director of Bronx buildings and Mr Papa of Bay chester houses well come up with a solution besides moving me into another building on the property where all my Troubles began in the first place This is only half of what I endured at Baychester houses now consolidated with boston secar houses

Thank you for your help in this matter Ramykh

**V.   Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I am Seeking $100,000 for pain and unnessary suffering due to the NYCHA refusal to control their tenets I'd like to be compensated for mental and emotional abuse as well as the psycial assault on my person years of lost income because of depression and uncertianty of what these tenets would do to me I had to throw away very expensive furniture in an attempt to move eles where out of fear but I could not afford to move eles where recieving only public asst for years I had to neglect family and freinds because I didnt want to involve them in the situration I found myself in so I only suffered in silence and isolation which fueled more abuse by the tenats I need money to replace my belongings get proper medical assistence my nerves are to bad to eat properly I still have nightmares and need enough money to move to a decent environment

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __1__ day of _____, 20_12_

Signature of Plaintiff: Ramona Johnson
Mailing Address: 1851 Schieffelin Pl
APT 4D
Bronx, NY
Telephone Number: 347-583-3490
Fax Number (if you have one): _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this __1__ day of __10__, 20_12_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Ramona Johnson
Inmate Number: _____

*Rev. 05/2010*